FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0046

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0046

_____

MIKE BORSETH AND GERI L. BORSETH,

      Plaintiffs and Appellants,

    v.

ABSAROKEE WATER AND SEWER
DISTRICT,

      Defendant and Appellee.

_____

O R D E R

      On March 25, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

      Therefore, and pursuant to M. R. App. P. 7(7)(b),

      IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2022